**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

and

**Bartenders and Culinary Workers Union, Intervenor,**

v.

**HOWARD JOHNSON COMPANY, Respondent.**

No. 73-2927.

United States Court of Appeals, Ninth Circuit.

May 15, 1974.

Elliott Moore, Asst. Gen. Counsel, NLRB, Washington, D. C., Roy O. Hoffman, Director, Region 20, NLRB, San Francisco, Cal., for petitioner.

* Honorable Leland C. Nielsen, United States District Judge, Southern District of California, sitting by designation.

Robert V. Magor, Severson, Werson, Berke & Melchior, San Francisco, Cal., for respondent.

Before MERRILL, ELY and GOODWIN, Circuit Judges.

## OPINION

PER CURIAM:

The petitioning Board's Decision and Order is reported at 198 NLRB No. 98. It was issued by the full Board, without dissent.

We have carefully reviewed the record. From that record, together with the reported opinion of the full Board, our conclusion is that the Order should be, and therefore will be,

Enforced.